FRANCIS J. MARKHAM, Respondent, *v.* DAVID STEVENSON BREWING COMPANY, Appellant.

*Markham* v. *Stevenson Brewing Co.*, 111 App. Div. 178, affirmed.
(Argued April 8, 1907; decided April 23, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March
38

2, 1906, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict and affirming an order denying a motion for a new trial in an action to recover for alleged violations of covenants contained in a lease.

*Gratz Nathan* and *Thomas J. Farrell* for appellant.

*John H. Corwin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.